CICCHELLA, APPELLEE, *v.* ADMINISTRATOR, OHIO BUREAU OF EMPLOYMENT SERVICES, APPELLANT, ET AL.

[Cite as Cicchella *v.* Bur. of Employment Services (1985), 19 Ohio St. 3d 152.]

(No. 85-15—Decided October 9, 1985.)

*Mancino, Mancino & Mancino* and *Paul Mancino, Jr.,* for appellee.
*Anthony J. Celebrezze, Jr.,* attorney general, *Patrick A. Devine* and *Fred J. Pompeani,* for appellant.

This cause on appeal from the court of appeals (case No. 48085) is reversed on authority of *Gleason* v. *Bur. of Employment Services* (1985), 17 Ohio St. 3d 107.

SWEENEY, LOCHER, HOLMES, C. BROWN and WRIGHT, JJ., concur.

CELEBREZZE, C.J., and DOUGLAS, J., dissent.

CELEBREZZE, C.J., dissenting. I dissent for the reasons stated in my dissenting opinion in *Gleason* v. *Bur. of Employment Services* (1985), 17 Ohio St. 3d 107, 111-112.